**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**
_____

**CEMTRA; STATES SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND et al.,**
            **Plaintiffs,**

**v.**                                                                                                        **Case No. 14-mc-0044**

**HENRY TIMME et al.,**
            **Defendants,**

**v.**

**NORTHERN STATE BANK
and
ROYAL BANK,**
            **Garnishees.**
_____

## ORDER

On July 23, 2014, plaintiffs filed certifications of judgment against defendants, and on September 8, 2014, they issued garnishment summons and complaints to garnishees. On September 25, 2014, defendant Henry Timme filed a motion to dismiss. As of the date of this order, no party has responded to Timme's motion to dismiss. However, on October 22, 2014, plaintiffs filed a release of garnishment against Royal Bank, advising that all matters between plaintiff and Royal Bank have been resolved. It is unclear whether this resolution with Royal Bank moots the pending motion or whether plaintiffs intend to respond to Timme's motion to dismiss.

**THEREFORE, IT IS ORDERED** that the parties shall submit a written update to the court as to the status of this case and the pending motion to dismiss by **April 20, 2015**.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2015.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge